Opinion issued January 26, 2007













 





In The

Court of Appeals

For The

First District of Texas






NO. 01-07-00036-CV






IN RE PEOPLE 1ST HEALTHCARE, INC., Relator






Original Proceeding on Petition for Writ of Mandamus






MEMORANDUM OPINION


 Relator, People 1st Healthcare, Inc., has filed a petition for writ of mandamus,
challenging an order signed by the respondent (1) on January 16, 2007. The order
compels arbitration between relator and real party in interest, Blue Cross and Blue
Shield of Texas and stays relator's claims, including its request for a temporary
injunction. Relator requests this Court to order the respondent to vacate the January
16, 2007 order and to sign "an order preserving the status quo and enjoining the
destruction of all or an essential part of the subject matter of the controversy . . . ." 
Relator has also filed a motion for temporary relief in this Court.

 We deny the motion for temporary relief. We further deny the petition for writ
of mandamus. 

PER CURIAM

Panel consists of Justices Nuchia, Hanks, and Higley.
1. 
 
 -